IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:20-CV-00082-M

| | |
|---|---|
| **OLD REPUBLIC INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**C&G EXPRESS TRUCKING, LLC, KEVIN ROUNDTREE, and ESTATE OF FRED O. HARRIS,**<br><br>Defendants. | **MOTION OF DEFENDANT, ESTATE OF FRED O. HARRIS, TO DISMISS** |

**COMES NOW** the Defendant, Estate of Fred of Harris (hereinafter "Defendant"), and moves the Court to dismiss this action pursuant to Rule 12(b)(7) of the Federal Rules of Civil Procedure. Plaintiff has failed to join a required party, Amguard Insurance Company, under Rule 19 of the Federal Rules of Civil Procedure.

**WHEREFORE**, for the reasons stated herein and in the Memorandum of Law in Support of Motion to Dismiss, which is incorporated herein by reference, Defendant, Estate of Fred O. Harris, respectfully moves the Court for an Order dismissing this action pursuant to Rule 12(b)(7) and Rule 19 of the Federal Rules of Civil Procedure.

This the 30th day of March, 2020.

**BRENT ADAMS & ASSOCIATES**

<u>/s/ William H. Harkins Jr.</u>
William H. Harkins, Jr.
State Bar No.: 37899
P.O. Box 1389
Dunn, NC 28335
Telephone: (919) 781-7590
Facsimile: (919) 571-2555
*Attorneys for Defendant, Estate of Fred O. Harris*

2

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing **"Motion of Defendant, Estate of Fred O. Harris, to Dismiss"** was filed using the CM/ECF, which electronically served the following counsel of record:

Brady A. Yntema
Brandon D. Zeller
Goldberg Segalla LLP
701 Green Valley Road, Suite 310
Greensboro, NC 28408
(336) 419-4900
*Attorneys for Plaintiff, Old Republic Insurance Company*

This the 30th day of March, 2020.

**BRENT ADAMS & ASSOCIATES**

/s/ William H. Harkins Jr.
William H. Harkins, Jr.
State Bar No.: 37899
P.O. Box 1389
Dunn, NC 28335
Telephone: (919) 781-7590
Facsimile: (919) 571-2555
*Attorneys for Defendant, Estate of Fred O. Harris*