UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

OLD REPUBLIC INSURANCE COMPANY,
    Plaintiff

vs.

C&G EXPRESS TRUCKING, LLC, KEVIN ROUNDTREE AND ESTATE OF FRED O. HARRIS,
    Defendants.

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 5:20-CV-82-M**

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Estate of Fred O. Harris' motion to dismiss [DE-11] is GRANTED and Plaintiff's Complaint for declaratory relief [DE-1] is DISMISSED WITHOUT PREJUDICE. Further, Defendant Estate of Fred O . Harris' third-party complaint against AmGuard [DE-9] is also DISMISSED WITHOUT PREJUDICE.

This Judgment filed and entered on May 28, 2020, and copies to:
Brandon Davis Zeller (via CM/ECF electronic notification)
Brady Allen Yntema (via CM/ECF electronic notification)
David S. Coats (via CM/ECF electronic notification)
Philip Alan Collins (via CM/ECF electronic notification)
William H. Harkins, Jr. (via CM/ECF electronic notification)
Brenton D. Adams (via CM/ECF electronic notification)

May 28, 2020

Peter A. Moore, Jr.
Clerk of Court

By: _____
Deputy Clerk